**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
MATTHEW FERRARA,

                        Plaintiff,

        -against-                                  24 **CIVIL** 9161 (JPO)

                                              **JUDGMENT**

METROPOLITAN TRANSPORTATION
AUTHORITY and LONG ISLAND
RAILROAD,

                        Defendants.
---------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 9, 2026, Defendants' motion to dismiss is GRANTED as to Ferrara's federal claims, and those claims are dismissed with prejudice. Ferrara's state law claims are dismissed without prejudice to refiling in state court. Accordingly, the case is closed.

**Dated:** New York, New York

        February 12, 2026

                                       **TAMMI M. HELLWIG**

                                           **Clerk of Court**

                **BY:**

                                           **Deputy Clerk**